**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DOUGLAS THOMAS, KEVIN CASELLA, RICHARD CICERO II, SCOTT CRAIN, CHARLES CUMMINS, BOB GARDULLO, GENE GILMORE, CHARLES C. HALLACY, STEPHEN HIPFL, RAYMOND HOFF, JEFFREY KAVANAGH, MATT LEMON, TERRY LUCCHI, BRYAN MAIN, CHUCK MUNSELL, BRENT MURRAY, KEITH NICHOLSON, MICHAEL PRYOR, JIM RADELL, MARK REDD, DENNIS RHEUMS, JOHN RHEUMS, PAUL SCHNICHELS, MICHAEL SEMONES, MICHAEL SHOEMAKER, MICHAEL SIMONS, ROBERT SMITH, KENNETH THORTON, THOMAS VACCA and RICHARD WOOD,<br><br>         Plaintiffs,<br>v.<br><br>CITY OF PITTSBURG, KANSAS,<br><br>         Defendant. | Case No. __03-1304-JTM |

**COMPLAINT**

Plaintiffs, by and through their counsel Michael J. Stapp of Blake & Uhlig, P.A., and Troy A. Unruh, of The Advocates Group, LLC, for their complaint against Defendant City of Pittsburg, Kansas, (hereinafter "City") state:

    1.    This is a suit for unpaid compensation and other relief brought pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq., against Defendant by the named Plaintiffs for themselves and other similarly situated persons, all of whom have been or are employed as fire fighters for the City.

    2.    Plaintiff Kevin Casella, a resident of the State of Kansas, is now or has been an

1

hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    3.    Plaintiff Richard Cicero II, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    4.    Plaintiff Scott Crain, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    5.    Plaintiff Charles Cummins, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    6.    Plaintiff Bob Gardullo, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    7.    Plaintiff Gene Gilmore, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    8.    Plaintiff Charles C. Hallacy, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

    9.    Plaintiff Stephen Hipfl, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years

preceding the filing of this suit.

      10.     Plaintiff Raymond Hoff, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      11.     Plaintiff Jeffrey Kavanagh, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      12.     Plaintiff Matt Lemon, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      13.     Plaintiff Terry Lucchi, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      14.     Plaintiff Bryan Main, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      15.     Plaintiff Chuck Munsell, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

      16.     Plaintiff Brent Murray, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

17. Plaintiff Keith Nicholson, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

18. Plaintiff Michael Pryor, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

19. Plaintiff Jim Radell, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

20. Plaintiff Mark Redd, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

21. Plaintiff Dennis Rheums, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

22. Plaintiff John Rheums, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

23. Plaintiff Paul Schnichels, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

24. Plaintiff Michael Semones, a resident of the State of Kansas, is now or has been

an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

25. Plaintiff Michael Shoemaker, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

26. Plaintiff Michael Simmons, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

27. Plaintiff Robert Smith, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

28. Plaintiff Douglas Thomas, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

29. Plaintiff Kenneth Thornton, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

30. Plaintiff Thomas Vacca, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years preceding the filing of this suit.

31. Plaintiff Richard Wood, a resident of the State of Kansas, is now or has been an hourly wage employee of, and has performed work in Kansas for, the City during the three years

preceding the filing of this suit.

  32. As employees of Defendant City, Plaintiffs are subject to the control of the City in the performance of work duties, and they are "employees" within the meaning of the FLSA and are entitled to the protections of the Act.

  33. As an employer in control of many aspects of Plaintiffs' work, Defendant City is an "employer" within the meaning of and is subject to coverage under the FLSA, 29 U.S.C. § 203.

  34. This Court has jurisdiction of FLSA claims as provided in 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331, 1337.

  35. Venue properly lies in the District of Kansas, pursuant to 28 U.S.C. § 1391, in that all or a substantial portion of the events giving rise to this action occurred in this District.

  36. As employees of Defendant, Plaintiffs are paid at specified hourly rates and, pursuant to the FLSA, are entitled to one and one-half times those regular rates for all time worked in excess of regular time worked in accordance with 29 U.S.C. § 207(k); 29 C.F.R. § 533.201; and 29 C.F.R. 553.230.

  37. Each named Plaintiff has filed a consent form contemporaneously with the filing of this complaint.

  38. These Plaintiffs bring this action on behalf of themselves and all other similarly situated past and present fire fighters of City.

  39. Defendant City has deliberately and willfully refused to properly compensate all of the Plaintiffs for overtime during their employment by failing to pay overtime in accordance with 29 U.S.C. § 207(k); 29 C.F.R. § 533.201; and 29 C.F.R. 553.230. Accordingly, Defendant

has subjected Plaintiffs to hours of work in excess of that provided by statute and federal regulations, without the appropriate compensation of one and one-half times the regular rate for said work.

40. This amounts to a willful violation of the FLSA entitling Plaintiffs to liquidated damages and to a damage period of three years in addition to all other relief that may be appropriate.

41. This Court can and should enter an injunction preventing Defendant City from committing such violations of the FLSA in the future.

WHEREFORE, Plaintiffs request an order and judgment in their favor and against Defendant City for payment of appropriate compensation due them, liquidated damages, attorneys' fees, costs, interest, injunctive relief preventing future violations, and such other legal or equitable relief as may be just and proper under the circumstances.

## PLACE OF TRIAL

Plaintiffs, through their counsel, request that this matter be tried in Wichita, Kansas.

> The Advocates Group, LLC
> 112 West Fourth Street
> P.O. Box 1236
> Pittsburg, KS 66762
> (620) 231-0790
> (620) 231-6631 (fax)
>
>  /s/ Troy A. Unruh
> Troy A. Unruh
> KS Bar No. 17718

E-mail: tunruh@theadvocatesgroup.com

Blake & Uhlig, P.A.
753 State Avenue, Suite 475
Kansas City, Kansas 66101
(913) 321-8884
(913) 321-2396 (fax)


 /s/ Michael J. Stapp
Michael J. Stapp.
KS Bar No. 11735
E-mail: mjs@blake-uhlig.com



 /s/ Charles R. Schwartz
Charles R. Schwartz
KS Bar No. 14232
E-mail: crs@blake-uhlig.com